# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ROBERT LUCERO,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY ROBERT PENNELLA, et al.,<br><br>Defendants. | Case No. 1:18-cv-01448-LJO-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS; GRANTING MOTION FOR APPOINTMENT OF U.S. MARSHAL FOR SERVICE; AND DENYING MOTION FOR ISSUANCE OF CM/ECF LOGIN<br><br>(ECF Nos. 2-4) |

Manuel Robert Lucero ("Plaintiff"), proceeding pro se, filed a complaint on October 19, 2018. (ECF No. 1.) Plaintiff also filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, a motion for the appointment of a U.S. Marshal for the service of pleadings, and a motion for the issuance of a CM/ECF login. (ECF Nos. 2-4.)

## I.

## APPLICATION TO PROCEED IN FORMA PAUPERIS

The Court has reviewed Plaintiff's application to proceed in forma pauperis. (ECF No. 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Accordingly, the Court shall grant Plaintiff's request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

/ / /

/ / /

1

## II.

## MOTION FOR APPOINTMENT OF U.S. MARSHAL

The Court has reviewed Plaintiff's motion requesting the appointment of the U.S. Marshal Service to complete service of process. (ECF No. 3.) Federal Rule of Civil Procedure Section 4(c)(3) requires that the Court order the U.S. Marshal to complete service if the Plaintiff is proceeding in forma pauperis under 28 U.S.C. § 1915.

Notwithstanding this requirement, the court shall dismiss a case if at any time the Court determines that the complaint "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2); see Lopez v. Smith, 203 F.3d 1122, 1129 (9th Cir. 2000) (section 1915(e) applies to all in forma pauperis complaints, not just those filed by prisoners); Calhoun v. Stahl, 254 F.3d 845 (9th Cir. 2001) (dismissal required of in forma pauperis proceedings which seek monetary relief from immune defendants); Cato v. United States, 70 F.3d 1103, 1106 (9th Cir. 1995) (district court has discretion to dismiss in forma pauperis complaint under 28 U.S.C. § 1915(e)); Barren v. Harrington, 152 F.3d 1193 (9th Cir. 1998) (affirming sua sponte dismissal for failure to state a claim). The Court exercises its discretion to screen pro se complaints to determine if they: "(i) [are] frivolous or malicious; (ii) fail[] to state a claim on which relief may be granted; or (iii) seek[] monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2).

Accordingly, Plaintiff's request shall be granted, however the Court will direct service of process only after Plaintiff's complaint has been screened and found to state a cognizable claim for relief. If Plaintiff's complaint is found to have stated a cognizable claim against any defendant, a copy of the complaint will be sent to Plaintiff with service documents and instructions on how to proceed. No motion will be necessary.

## III.

## MOTION FOR CM/ECF LOGIN

Plaintiff seeks the Court's permission to file documents electronically through the CM/ECF system. (ECF No. 4.) Pursuant to the Local Rules, a pro se party shall file and serve

paper documents as required by the Rule.  L.R. 133(a).  A party appearing pro se may request an exception to the paper filing requirement from the court by filing a stipulation of the parties or by motion.  L.R. 133(b)(2), (3).

Upon review of the pleadings in this action and the instant motion, the Court finds that this action does not warrant an exception to the Local Rule and Plaintiff's motion for permission to file through CM/ECF is denied.

## IV.

## CONCLUSION AND ORDER

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, filed October 19, 2018, is GRANTED;

2. Plaintiff's motion for the appointment of the U.S. Marshal for service, filed October 19, 2018, is GRANTED.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order; and

3. Plaintiff's motion for the issuance of a CM/ECF login, filed October 19, 2018, is DENIED.

IT IS SO ORDERED.

Dated: **October 22, 2018**

UNITED STATES MAGISTRATE JUDGE