# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ROBERT LUCERO,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTHONY ROBERT PENNELLA, et al.,<br><br>  Defendants. | Case No. 1:18-cv-01448-LJO-SAB<br><br>ORDER DISREGARDING NOTICE OF WITHDRAWAL<br><br>(ECF No. 10) |

Manuel Robert Lucero ("Plaintiff"), proceeding pro se and informa pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Along with his complaint, Plaintiff filed a motion for the appointment of the U.S. Marshal Service for the service of pleadings, and a motion for issuance of CM/ECF login credentials. (ECF Nos. 3, 4.) On October 22, 2018, the Court granted Plaintiff's motion for appointment of the U.S. Marshal for service of pleadings, however the order specified that that the Court will only direct service of process after Plaintiff's complaint has been screened and found to state a cognizable claim for relief. (ECF No. 6.) Additionally, the Court denied Plaintiff's motion for permission to file documents in this matter through the CM/ECF system. (Id.)

On October 29, 2018, Plaintiff filed a motion to amend order, which the Court construed as a motion for reconsideration of the Court's order issued October 22, 2018. (ECF No. 8.) The motion to amend was denied on November 2, 2018. (ECF No. 9.) On November 5, 2018,

Plaintiff filed a notice of withdrawal of the motion to amend the order, however, since the Court has already decided the motion to amend Plaintiff's motion to withdraw is moot. Accordingly, IT IS HEREBY ORDERED that Plaintiff's notice of withdrawal of the motion to amend is DISREGARDED.

IT IS SO ORDERED.

Dated:  **November 7, 2018**

UNITED STATES MAGISTRATE JUDGE