# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ROBERT LUCERO, | Case No. 1:18-cv-01448-LJO-SAB |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| ANTHONY ROBERT PENNELLA, et al., | |
| Defendants. | (ECF Nos. 1, 6) |
| | THIRTY-DAY DEADLINE |

On October 19, 2018, Manuel Robert Lucero, V, ("Plaintiff"), proceeding pro se and in forma pauperis, filed this civil rights action pursuant to section 1983. (ECF No. 1.) On October 22, 2018, the Court granted Plaintiff's motion for appointment of the U.S. Marshal for service of pleadings, pending screening of the complaint. (ECF No. 6.) In light of the issues raised in the complaint, the Court declines to reach a determination on whether Plaintiff's claims state a claim. In the interest of justice, the Court shall order the complaint to be served, and allow the served defendants to present any responsive pleadings addressing Plaintiff's complaint.

Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendants:

    **Anthony Robert Pennella**

    **Jerry E. Powers**

**G. Hoffman**

**B. Rodriguez**

**The Interstate Commission for Adult Offender Supervision**

2. The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed October 19, 2018;

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. One completed summons for each defendant listed above;

   b. One completed USM-285 form for each defendant listed above;

   c. Six (6) copies of the endorsed complaint filed October 19, 2018;

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **November 7, 2018**

UNITED STATES MAGISTRATE JUDGE