# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ROBERT LUCERO,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY ROBERT PENNELLA, et al.,<br><br>Defendants. | Case No. 1:18-cv-01448-LJO-SAB<br><br>ORDER STRIKING UNSIGNED MOTION FOR APPOINTMENT OF U.S. MARSHAL FOR SERVICE OF NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION AND RENEWED NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION<br><br>(ECF Nos. 15, 14) |

On November 15, 2018, Manuel Robert Lucero ("Plaintiff") filed notice of motion and motion for a preliminary injunction and a motion for appointment of the United States Marshal to serve the notice and motion. (ECF Nos. 14, 15.) Upon review of the motions filed by Plaintiff, the renewed notice of motion and the motion for appointment of the United States Marshal to serve are not signed.

Unsigned documents cannot be considered by the Court, and the renewed notice of motion and motion for preliminary injunction and motion for appointment of the U.S. Marshal for service shall be stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Plaintiff is advised that as he is proceeding in forma pauperis in this action, he is entitled to service by the United States Marshal and it is unnecessary for him to file a motion for

appointment of the Marshal to serve documents in this action. If Plaintiff chooses to refile his motion for a preliminary injunction, the Court shall set a hearing on the motion once the complaint is served.

Finally, Plaintiff is advised that pursuant to Judge O'Neill's case management procedures, unless prior leave of Court is obtained seven days before the filing date, all moving and opposition briefs or legal memorandum in civil cases shall not exceed 25 pages. If Plaintiff chooses to refile his motion for a preliminary injunction, it cannot exceed 25 pages unless he obtains prior approval from the Court.

Based on the foregoing, Plaintiff's renewed notice of motion and motion for preliminary injunction and motion for appointment of the United States Marshal for service are HEREBY STRICKEN FROM THE RECORD for being unsigned. It is further ordered that any renewed motion for a preliminary injunction shall not exceed twenty-five pages in length.

IT IS SO ORDERED.

Dated: **November 27, 2018**

UNITED STATES MAGISTRATE JUDGE