# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ROBERT LUCERO,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTHONY ROBERT PENNELLA, et al.,<br><br>  Defendants. | Case No. 1:18-cv-01448-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE A JOINT SCHEDULING REPORT AND DIRECTING CLERK OF THE COURT TO TERMINATE JERRY E. POWERS AND INTERSTATE COMMISSION OF ADULT OFFENDER SUPERVISION AS DEFENDANTS IN THIS ACTION<br><br>(ECF No. 37) |

Manuel Robert Lucero ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Anthony Robert Pennella, Jerry E. Powers, G. Goffman, B. Rodriguez, and the Interstate Commission for Adult Offender Supervision. On November 9, 2018, an order issued finding service of the complaint appropriate and service documents were sent to Plaintiff for completion and return. On November 27, 2018, the initial case documents issued and the service documents were ordered to be forwarded to the United States Marshal.

On January 28, 2019, Defendants Goffman, Pennella, Powers, and Rodriguez filed a motion to dismiss. On this same date, Defendant Interstate Commission for Adult Offender Supervision filed a motion to dismiss. Plaintiff filed oppositions to the motions to dismiss on February 11, 2019. Interstate Commission for Adult Offender Supervision filed a reply on

February 25, 2019.

On July 26, 2019, a memorandum decision was filed granting Defendants Powers and Interstate Commission for Adult Offender Supervision motion to dismiss and denying Defendants Goffman, Pennella, and Rodriguez' motion to dismiss. In the order, Plaintiff was ordered to either file an amended complaint or notify the court that he was willing to proceed without the inclusion of Defendants Powers and Interstate Commission for Adult Offender Supervision within twenty-one days. On August 5, 2019, the scheduling conference in this matter was continued to October 15, 2019, due to Plaintiff being granted leave to file an amended complaint.

On August 19, 2019, Defendants Goffman, Pennella, and Rodriguez filed an answer to the complaint. On August 30, 2019, Plaintiff filed a notice that he was willing to proceed without Defendants Powers and the Interstate Commission for Adult Offender Supervision. Therefore, pursuant to the district judge's order dismissing the claims against Defendants Power and the Interstate Commission for Adult Offender Supervision, this action is proceeding against Defendants Goffman, Pennella, and Rodriguez on the complaint filed October 19, 2018.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file a joint scheduling report that complies with the November 21, 2018 order setting the mandatory scheduling conference (see ECF No. 17-1) **seven (7) days** prior to the scheduling conference; and

2. The Clerk of the Court is directed to terminate Jerry E. Powers and the Interstate Commission for Adult Offender Supervision as defendants in this action pursuant to the July 26, 2019 order granting their motion to dismiss.

IT IS SO ORDERED.

Dated: **September 4, 2019**

_____
UNITED STATES MAGISTRATE JUDGE