# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ROBERT LUCERO,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY ROBERT PENNELLA, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01448-LJO-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO SERVE THE OCTOBER 16, 2019 ORDER UPON PLAINTIFF BY MAIL<br><br>(ECF No. 41) |

On October 16, 2019, the Court issued an order to show cause. (ECF No. 41.) Upon review of the docket, it does not appear that Plaintiff, who is appearing *pro se*, was served with this order by mail.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to serve Plaintiff by mail with the order issued on October 16, 2019, docket entry number 41.

IT IS SO ORDERED.

Dated: **November 6, 2019**

                                              UNITED STATES MAGISTRATE JUDGE

1